ELIZABETH LAPP et al., Plaintiffs, v. MILDRED BURCROFF et al., Defendants; BREWSTER WARRICK, Respondent, and G. FRED WRIGHT et al., Doing Business as G. F. WRIGHT & SON, Appellants. MILDRED BURCROFF, Plaintiff, v. G. FRED WRIGHT et al., Doing Business as G. F. WRIGHT & SON, Appellants; BREWSTER WARRICK, Respondent, et al., Defendants. LAWRENCE E. BURCROFF, Plaintiff, v. G. FRED WRIGHT et al., Doing Business as G. F. WRIGHT & SON, Appellants; BREWSTER WARRICK, Respondent, et al., Defendants. NELSON BURCROFF, Plaintiff, v. G. FRED WRIGHT et al., Doing Business as G. F. WRIGHT & SON,

Appellants; BREWSTER WARRICK, Respondent, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion by defendant Warrick that so much of the answers of defendants Wright as demands affirmative relief against defendant Warrick be dismissed, in four automobile negligence actions which were consolidated.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.